FILED

04/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0132

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0132

---

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MATTHEW ROBERT ALLEN,

      Defendant and Appellant.

---

## GRANT OF EXTENSION

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 20, 2023, within which to prepare, serve, and file its response brief.

BG

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 20 2023